IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3023 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTIAN G. LUPERCIO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the oral motion of the defendant, (filing no. 26), and the consent of the parties,

IT IS ORDERED:

1) The defendant's motion to continue defendant's change of plea hearing, (filing no. 26), is granted.

2) The defendant's plea hearing will be held before the undersigned magistrate judge on August 22, 2011 at 9:30 a.m. The defendant is ordered to appear at this hearing.

3) The Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and August 22, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 9th day of August, 2011.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge